IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAYE D. WHITE,  :  <br>  :  <br> Plaintiff,  :  <br>  :  <br> v.  :  <br>  :  <br> DOVER DOWNS, INC.,  :  <br>  :  <br> Defendant.  :  | Civil Action No. 07-719 |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of: Edward T. Ellis, Esquire, of Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street, Philadelphia, PA 19109-1029, (215) 772-7698 to represent defendant Dover Downs, Inc. in this matter.

        Signed: /s/ Lisa Zwally Brown
                Lisa Zwally Brown (Del. Bar #4328)
                Montgomery, McCracken, Walker & Rhoads, LLP
                300 Delaware Avenue, Suite 750
                Wilmington, DE 19801
                (302) 504-7840
                Attorney for defendant Dover Downs, Inc.

Dated: December 13, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____       _____
                                               Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 ☐ has been paid to the Clerk, or, if not paid previously, ☒ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Edward T. Ellis*

Edward T. Ellis, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1029
(215) 772-7698