IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAYE D. WHITE | : |
| Plaintiff, | : |
| | : Civil Action No. 07-719 |
| v. | : |
| DOVER DOWNS, INC., | : |
| Defendant. | : |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of: Carmon M. Harvey, Esquire, of Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street, Philadelphia, PA 19109-1029, (215) 772-7698 to represent defendant Dover Downs, Inc. in this matter.

Signed: /s/ Lisa Zwally Brown
Lisa Zwally Brown (Del. Bar #4328)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840
Attorney for defendant Dover Downs, Inc.

Dated: December 13, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____       _____
                             Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Middle District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 ☐ has been paid to the Clerk, or, if not paid previously, ☒ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Carmon M Harvey*
Carmon M. Harvey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109-1029

978539v2