**CERTIFICATE OF SERVICE**

    I, Lisa Zwally Brown, hereby certify that on this 18th day of December 2007, I caused to be served a copy of Defendant Dover Downs, Inc.'s Motion for Admission Pro Hac Vice of Carmon M. Harvey and Edward T. Ellis (filed and mailed on December 13, 2007) via United States first-class mail, postage prepaid, on the following:

        Ms. Faye White
        P.O. Box 1265
        Dover, DE  19903

        _____
        Lisa Zwally Brown (I.D. No. 4328)