# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

January 15, 2008

Ms. Faye D. White
P.O. Box 1265
Dover, DE 19903

Lisa Marie Zwally Brown, Esquire
Montgomery, McCracken, Walker & Rhoades
1105 North Market Street
Suite 1500
Wilmington, DE 19801

        Re: <u>Faye D. White v. Dover Downs; Civ. No. 07-719-SLR</u>

Dear Ms. White and Ms. Brown :

    Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.1. On or before **February 15, 2008**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

                                 Cordially,

                                 SUE L. ROBINSON

SLR/fmt
Enclosure
cc: Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAYE D. WHITE,<br><br>        Plaintiff,<br><br>      v.<br><br>DOVER DOWNS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-719-SLR<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this      day of February, 2008, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.1;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **March 20, 2008.**

2. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **July 21, 2008.**

3. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions**. All summary judgment motions and opening briefs and affidavits, if any, in support of the motions, shall be served and filed on or before **August 21, 2008.** Answering briefs and affidavits, if any, shall be filed on

or before **September 5, 2008**.  Reply briefs shall be filed on or before **September 12, 2008.**

 

                                               _____
                                               United States District Judge