## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

LISA ZWALLY BROWN
ADMITTED IN DELAWARE

1105 NORTH MARKET ST., SUITE 1500
WILMINGTON, DE 19801-1201
302-504-7800
FAX 302-504-7820

DIRECT DIAL
(302) 504-7803

lzbrown@mmwr.com

February 15, 2008

**By CM/ECF**

The Honorable Sue L. Robinson
United States District Court, District of Delaware
Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

    Re:    *Faye D. White v. Dover Downs*; Civ. No. 07-719-SLR

Dear Judge Robinson:

    I write pursuant to the Court's letter of January 15, 2008 in the above-referenced matter to inform you that counsel for defendant Dover Downs has no objections to the scheduling order proposed by the Court. Counsel remain available should Your Honor need anything further.

        Respectfully submitted,

        /s/ Lisa Zwally Brown

        Lisa Zwally Brown (DE Bar No. 4328)

LZB:raz

cc:    Faye D. White (via U.S. mail)
       Edward T. Ellis, Esq.
       Carmon Harvey, Esq.