Ms. Faye D. White
P.O. Box 1265
Dover, Delaware  19903

February 14, 2008

Office of the Clerk
United States District Court
884 N. King Street, Lockbox 18
Wilmington, Delaware  19807-3570

RE:  Civil Number for Case: 1:07-cv-00719-SLR

Dear Judge Robinson:

  I do not object to the courts proposed scheduling order due by February 15, 2008.

Thank you,

*Faye D. White*
Ms. Faye D. White

FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned



WILMINGTON DE 197
25 FEB 2008 PM 2
USA 41

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Faye D. White
P.O. Box 1265
Dowkle, DE 19903

U.S. MS.
X-RAY