IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FAYE D. WHITE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 07-719-SLR |
| | : | |
| DOVER DOWNS, INC. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I hereby certify that on this 3rd day of April, 2008 I caused true and correct copies of The First Set of Document Requests, First Set of Interrogatories, and the Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a), all Directed to Plaintiff Faye D. White, together with this Notice of Service, to be served upon the addressees listed below via U.S. Mail:

Ms. Faye White
P.O. Box 1265
Dover, DE  19903

*Of Counsel:*

Edward T. Ellis (Pa. Id. No. 23680)
Carmon M. Harvey (Pa. Id. No. 91444)
MONTGOMERY, MCCRACKEN,
 WALKER & RHOADS, LLP
Philadelphia, PA  19109
Tel:  (215) 772-1500

/s/ Lisa Zwally Brown
R. Montgomery Donaldson (#4367)
rdonaldson@mmwr.com
Lisa Zwally Brown (#4328)
lzbrown@mmwr.com
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
1105 N. Market Street, Suite 1500
Wilmington, DE  19801-1607
Tel:  (302) 504-7800
Fax:  (302) 504-7820
*Attorneys for Defendant*
Dover Downs, Inc.

DATED:  April 3, 2008

2288635v1