IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAYE D. WHITE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 07-719-SLR |
| : | |
| DOVER DOWNS, INC. : | |
| : | |
| Defendant. : | |

## NOTICE OF DEPOSITION OF PLAINTIFF FAYE D. WHITE

TO:  Faye D. White
 P.O. Box 1265
 Dover, DE  19903

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Dover Downs, Inc., by its attorneys, will take the deposition upon oral examination of Plaintiff Faye D. White on Wednesday, June 18, 2008 at 10:00 a.m. at the offices of Montgomery, McCracken, Walker & Rhoads, LLP, 1105 North Market Street, Suite 1500, Wilmington, DE  19801.  The deposition will be taken before a duly-authorized court reporter qualified to administer oaths for the purposes set forth in the Federal Rules of Civil Procedure.

_____
R. Montgomery Donaldson (#4367)
rdonaldson@mmwr.com
Lisa Zwally Brown (#4328)
lzbrown@mmwr.com
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
1105 N. Market Street, Suite 1500
Wilmington, DE  19801-1607
Tel:  (302) 504-7800
Fax:  (302) 504-7820
*Attorneys for Defendant*
Dover Downs, Inc.

*Of Counsel:*

Edward T. Ellis (Pa. Id. No. 23680)
Carmon M. Harvey (Pa. Id. No. 91444)
MONTGOMERY, MCCRACKEN,
 WALKER & RHOADS, LLP
Philadelphia, PA  19109
Tel:  (215) 772-1500

DATED:  May 14, 2008

2301699v1

# CERTIFICATE OF SERVICE

I, hereby certify that on May 14. 2008, I caused a true and correct copy of the foregoing Notice of Deposition of Plaintiff Faye D. White to be served by U.S. First Class Mail, postage prepaid, upon the following:

>Faye D. White
>P.O. Box 1265
>Dover, DE  19903

>/s/ Lisa Zwally Brown
>Lisa Zwally Brown  (#4328)
>*lzbrown@mmwr.com*

2301699v1