**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FAYE D. WHITE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.:  07-719-SLR |
| : | |
| DOVER DOWNS, INC. : | |
| : | |
| Defendant. : | |

**FIRST AMENDED NOTICE OF DEPOSITION OF PLAINTIFF FAYE D. WHITE**

TO:   Faye D. White
        P.O. Box 1265
        Dover, DE  19903

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Dover Downs, Inc., by its attorneys, will take the deposition upon oral examination of Plaintiff Faye D. White on Wednesday, July 9, 2008 at 10:00 a.m. at the offices of Montgomery, McCracken, Walker & Rhoads, LLP, 1105 North Market Street, Suite 1500, Wilmington, DE  19801.  The deposition will be taken before a duly-authorized court reporter qualified to administer oaths for the purposes set forth in the Federal Rules of Civil Procedure.

*Of Counsel:*

Edward T. Ellis (Pa. Id. No. 23680)
Carmon M. Harvey (Pa. Id. No. 91444)
MONTGOMERY, MCCRACKEN,
 WALKER & RHOADS, LLP
Philadelphia, PA  19109
Tel:  (215) 772-1500


DATED:  June 17, 2008

/s/ Lisa Zwally Brown
R. Montgomery Donaldson (#4367)
*rdonaldson@mmwr.com*
Lisa Zwally Brown (#4328)
*lzbrown@mmwr.com*
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
1105 N. Market Street, Suite 1500
Wilmington, DE  19801-1607
Tel:  (302) 504-7800
Fax:  (302) 504-7820
*Attorneys for Defendant*
Dover Downs, Inc.

**CERTIFICATE OF SERVICE**

I, hereby certify that on June 17, 2008, I caused a true and correct copy of the foregoing First Amended Notice of Deposition of Plaintiff Faye D. White to be served by U.S. First Class Mail, postage prepaid, upon the following:

> Faye D. White
> P.O. Box 1265
> Dover, DE  19903

> */s/ Lisa Zwally Brown*
> Lisa Zwally Brown  (#4328)
> *lzbrown@mmwr.com*