Faye D. White
P.O. Box 1265
Dover, DE   19903
302-382-5946

July 8, 2008

The Honorable Sue L. Robinson
United States District Court, District of Delaware
Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE   19801

Re:  *Civil Action Number:  07-719-SLR (D.Del.)*

Dear Honorable Sue L. Robinson,

I don't understand all of the questions that are being asked of me to address from Attorney Lisa Brown.  Attorney Brown also wants me to come to her office.  I spoke with her concerning my case via phone on the twenty seventh of June, two thousand eight.

I have submitted all documents to the court and to Attorney Brown, and they are all on file.

Just wanted to bring this matter and my concerns to your attention.

Thank you in advance.

Respectfully,

*[signature: Faye D. White]*
Faye D. White

## Certificate of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this July 9, 2008, upon the following in the manner indicated:

### By mail

Lisa Marie Zavally Brown
Montgomery McCracken Walker & Rhoades
1105 North Market Street
Suite 1500
Wilmington, DE 19801