IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAYE D. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-719-SLR |
| | ) |
| DOVER DOWNS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 31st day of July, 2008, plaintiff having failed to respond to defendant's discovery requests;

IT IS ORDERED that, on or before **September 2, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute, pursuant to D. Del. L.R. 41.1. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge